John **GARRETT,** Plaintiff, Appellant,

v.

**TANDY CORPORATION, d/b/a Radio Shack, Defendant, Appellee.**

No. 03–2108.

United States Court of Appeals, First Circuit.

Feb. 18, 2004.

Jeffrey Neil Young, with whom James G. Fongemie and McTeague, Higbee, Case, Cohen, Whitney & Toker, P.A. were on brief, for appellant.

Melinda J. Caterine, with whom Jonathan Shapiro and Moon, Moss, McGill & Shapiro, P.A. were on brief, for appellee.

Before BOUDIN, Chief Judge, TORRUELLA and SELYA, Circuit Judges.

PER CURIAM.

We affirm for substantially the reasons stated in the magistrate judge's recommended decision, reported at 2003 WL21250679 (D.Me. May 30, 2003), and the order of the district court affirming and embellishing that decision, reported at 2003 WL 21703637 (D.Me. July 22, 2003).

*Affirmed.*